1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

# SEALED



FILED

MAY 12 2010

CLERK, U.S. DISTRICT COURT
DISTRICT OF NEVADA
BY _____ DEPUTY

DANIEL G. BOGDEN
United States Attorney
PHILLIP N. SMITH, JR.
Assistant United States Attorney
333 Las Vegas Blvd South, Suite 5000
Las Vegas, Nevada 89101
(702) 388-6336

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA
# -oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL INDICTMENT |
| PLAINTIFF, ) | 2:10-CR-____210____ |
| VS. ) | **VIOLATIONS:** |
| JAMES HARGROVE, ) | 21 U.S.C. § 841(a)(1) and 841(b)(1)(C) - Possession of a Controlled Substance with Intent to Distribute (Cocaine Base) |
| DEFENDANT. ) | |

21 U.S.C. § 841(a)(1) and 841(b)(1)(D) - Possession of a Controlled Substance with Intent to Distribute (Marijuana)

18 U.S.C. § 922(g)(1) and 924(a)(2) - Felon in Possession of a Firearm

18 U.S.C. § 924(d)(1) - Forfeiture Allegation

**THE GRAND JURY CHARGES THAT:**

**COUNT ONE**
Possession of a Controlled Substance with Intent to Distribute

On or about October 24, 2009, in the State and Federal District of Nevada,

**JAMES HARGROVE,**

defendant herein, did knowingly possess with intent to distribute approximately 4 grams of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

1

2

3

## COUNT TWO
Possession of a Controlled Substance with Intent to Distribute

4    On or about October 24, 2009, in the State and Federal District of Nevada,

5    **JAMES HARGROVE,**

6    defendant herein, did knowingly possess with intent to distribute approximately 6 grams of

7    marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code,

8    Sections 841(a)(1) and 841(b)(1)(D).

9

## COUNT THREE
Felon in Possession of a Firearm

10

11    On or about October 24, 2009, in the State and Federal District of

12  Nevada,

13    **JAMES HARGROVE,**

14  defendant herein, having been convicted of crimes punishable by imprisonment for a term

15  exceeding one year, in the State of Nevada, to wit: Robbery, in the Second Judicial District

16  Court, Washoe County, on or about August 8, 2001 in Case #CR01-1262; and Unlawful

17  Sale of a Controlled Substance, in the Second Judicial District Court, Washoe County, on

18  or about September 21, 2001 in Case #CR01-1728, did knowingly possess a firearm, to wit:

19  a Hermann Weihrauch .32 caliber revolver bearing serial number 885933; said possession

20  being in and affecting interstate commerce and said firearm having been shipped and

21  transported in interstate and foreign commerce, in violation of Title 18, United States Code,

22  Sections 922(g)(1) and 924(a)(2).

23  .  .  .

24  .  .  .

25  .  .  .

26

## FORFEITURE ALLEGATION

1.    The allegation contained in Count Three of this Indictment is hereby re-alleged and incorporated herein by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2.    Upon a conviction of the felony offense charged in Count Three of this Indictment,

### JAMES HARGROVE,

the defendant herein, shall forfeit to the United States the firearm and ammunition involved in the commission of the violation of Title 18, United States Code, Section 922(g)(5)(A):

(a)    a Hermann Weihrauch .32 caliber

revolver bearing serial number

885933, and

(b)    any and all ammunition.

All pursuant to Title 18, United States Code, Sections 922(g)(5)(A) and 924(d) and Title 28, United States Code, Section 2461(c).

**DATED**: this ___12___ day of May, 2010.

**A TRUE BILL:**

_____/s/_____
FOREPERSON OF THE GRAND JURY

DANIEL G. BOGDEN
United States Attorney

PHILLIP N. SMITH, JR.
Assistant United States Attorney

3